B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District Of __MICHIGAN__

In re __Michael S Johnson and Betty J Colton-Johnson__,   Case No. __09-35545-dof__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Spartan Equities High Yield Fund I, LLC__   __Wells Fargo Bank, National Association, as Suyccessor by Merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM Home Equity Loan Trust 2003-HE2__
Name of Transferee   Name of Transferor

Name and Address where notices to transferee should be sent:
LenderLive Network, Inc.
Amy VanDeventer Loan Servicing]
710 South Ash Street, Suite 200
Glendale, CO 80246
Phone: _____
Last Four Digits of Acct #: __5524__

Court Claim # (if known): __1__
Amount of Claim: __30,372.27__
Date Claim Filed: __October 28, 2009__

Phone: __800-850-4622__
Last Four Digits of Acct. #: __1465__

Name and Address where transferee payments should be sent (if different from above):
LenderLive Network, Inc.
P.O. Box 469047
Glendale, CO 80246
Phone: _____
Last Four Digits of Acct #: __5524__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __Joseph Garibyan__   Date: __January 28, 2015__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Asalia Catalan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On February 2, 2015, I served the within NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001(e)(2) AND WITHOUT WAIVER OF OPPORTUNITY TO OBJECT on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Michael S Johnson
Betty J Colton-Johnson
1171 E. Hill Rd.
Grand Blanc, MI 48439
Debtors

Stacy Michelle Davis, Esquire
2425 Austins Parkway, Suite 2
Flint, MI 48507
Attorney for Debtors

Carl Bekofske
400 N Saginaw Street, Suite 331
Flint, MI 48502
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 2, 2015 at Woodland Hills, California.

/s/ Asalia Catalan

Form 210B (12/09)

# United States Bankruptcy Court

_____EASTERN_____ District Of  MICHIGAN_____

In re  Michael S Johnson and Betty J Colton-Johnson_____,   Case No. __09-35545-dof____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.  1____ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Wells Fargo Bank, National Association, as Suyccessor by Merger to Wells Fargo Bank Minnesota, National Association, as Indenture Trustee for GMACM Home Equity Loan Trust 2003-HE2             Spartan Equities High Yield Fund I, LLC
Name of Alleged Transferor                                                                 Name of Transferee

Address of Alleged Transferor:                                          Address of Transferee:
Ocwen Loan Servicing, LLC                                               LenderLive Network, Inc.
Attn: Bankruptcy Department                                             Amy VanDeventer Loan Servicing]
1100 Virginia Drive, Suite 175                                          710 South Ash Street, Suite 200
Fort Washington, PA 19034                                               Glendale, CO 80246

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____                                                         _____
                                                                        **CLERK OF THE COURT**