UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

Michael S & Betty J Colton-Johnson          Case No.   09-35545-DOF
                                            Chapter    13

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of Two Thousand Three Hundred Twenty-five and 37/100 dollars ($2,325.37) of unclaimed funds held in the U.S. Treasury to:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA  98065

**Signed on October 30, 2018**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**